# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER R. MOLNAR,<br><br>    Defendant. | 8:17CR137<br><br>**ORDER** |

   This matter is before the court on defendant's Motion for Extension of Pretrial Deadline [26]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 60-day extension. Pretrial motions shall be filed by November 24, 2017.

   **IT IS ORDERED:**

   1. Defendant's Motion for Extension of Pretrial Deadline [26] is granted. Pretrial motions shall be filed on or before November 24, 2017.

   2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between September 25, 2017 and November 24, 2017 shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   Dated this 20th day of September, 2017.

                   BY THE COURT:

                   s/ Susan M. Bazis
                   United States Magistrate Judge